NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE JOHN MURKOWSKI, ROBERT MESAROS, AND LARRY AZZANO

---

2013-1436

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board, in Serial No. 10/597,536.

---

## JUDGMENT

---

DAVID K. MROZ , Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, of Washington, DC, argued for appellants. With him on the brief was J. MICHAEL JAKES.

BENJAMIN T. HICKMAN, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With him on the brief were NATHAN K. KELLEY, Solicitor, and KRISTI L. R. SAWERT, Associate Solicitor.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, PLAGER, and TARANTO, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

 April 21, 2014                          /s/  Daniel  E.  O'Toole
        Date                             Daniel E. O'Toole
                                         Clerk of Court